# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON,<br><br>  Plaintiff,<br><br> v.<br><br>TOM REDMON,<br><br>  Defendant.<br>_____/ | CASE NO. 1:09-cv-01434-GSA PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A FORTY-FIVE DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

   Plaintiff Anthony Gaston is a state prisoner proceeding pro se in this civil rights action for violation of constitutional rights.  Defendant Redmon removed this action from Kern County Superior Court on August 14, 2009. 28 U.S.C. § 1441(b).  Defendant requests to be relieved of his obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c).  Defendant seeks a forty-five day extension of time to respond to the complaint, to commence upon issuance of the screening order.

   Defendant's request is HEREBY GRANTED, and Defendant shall have **forty-five (45) days** to file a response to the complaint, to commence upon issuance of the screening order.

   IT IS SO ORDERED.

   Dated:   **August 18, 2009**          /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE

1