1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | 1:09-cv-01434 AWI-SKO (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| TOMMY REDMON, | (Motion#19) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

1983.  On June 24, 2010,  plaintiff filed a motion to extend time to file objections to findings

and recommendations.  Good cause having been presented to the court and GOOD CAUSE

APPEARING THEREFOR, IT IS HEREBY ORDERED that:

        Plaintiff is granted thirty (30) days from the date of service of this order in which to file

objections to findings and recommendations.

IT IS SO ORDERED.

**Dated:    June 29, 2010**          _____  /s/ Sheila K. Oberto_____
                                   UNITED STATES MAGISTRATE JUDGE